| NOTICE OF SMALL CLAIM TRIAL | DOCKET NUMBER<br>2202SC000067 | Trial Court of Massachusetts<br>BMC Department |
|---|---|---|

**CASE NAME:** Frances Hines v. Spirit Airlines Inc.

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Spirit Airlines Inc.<br>c/o Corporation Service Company<br>84 State Street<br>Boston, MA 02109 | BMC Roxbury<br>85 Warren Street<br>Roxbury, MA 02119-3208 |

| DATE AND TIME OF SMALL CLAIM TRIAL | JUDGE OR MAGISTRATE (if already assigned) |
|---|---|
| Magistrates Hearing - Small Claims<br><br>04/15/2022 at 09:00 AM<br>Civil Session | |

**COUNSEL FOR ALL PARTIES (OR PRO SE PARTY) MUST APPEAR ON THE DATE & TIME SHOWN ABOVE**

**TO THE PARTIES TO THIS CASE:**

The purpose of this notice is to inform you that this court has scheduled a **SMALL CLAIM TRIAL** in the above captioned small claims case on the date and time indicated above.

**You are required to be present at this event.**

Please also find enclosed a copy of the "Statement of Claim and Notice" form which the plaintiff who has brought this action has filed with the court. The plaintiff named on this form has sued the defendant in small claims court for the amount and reasons stated.

Please review carefully the enclosed document entitled "INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT". Further information concerning small claims process and procedure can be found on the Trial Court website at: http://www.mass.gov/courts/selfhelp/small-claims

**FURTHER ORDERS OF THE COURT**

| DATE ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 3/1/22 | Michael W Neighbors |

ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SAVE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN.

067 | www.mass.gov/courts | Date/Time Printed: 03-01-2022 10:47:33

## INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT

1. **WHAT IS THE "NOTICE OF SMALL CLAIM TRIAL" FORM?**
   This is your copy of the event notice that the court has issued in this case. This notifies you when you must appear for trial at the court.
2. **WHAT IS THE "STATEMENT OF CLAIM AND NOTICE" FORM?**
   This is your copy of the claim form that the plaintiff who has brought this action has filed with the court. This describes the nature of the claim, including the amount of and reasons for the claim.
3. **WHAT IS SMALL CLAIMS COURT?**
   The small claims court is not a separate court, but a special session of the District Court, the Boston Municipal Court or the Housing Court. It is designed to resolve smaller cases, making it easier and less expensive for the public to use the court.
4. **HOW IS THE DEFENDANT NOTIFIED OF THIS CLAIM?**
   The defendant is sent a copy of the "Statement of Small Claim and Notice" and "Notice of Small Claim Trial" forms by first class mail. If Plaintiff inquires, the court will tell the plaintiff if the Post Office is unable to notify ("serve") the defendant.
5. **ARE ATTORNEYS NEEDED IN SMALL CLAIMS COURT?**
   No, but you may hire one if you wish.
6. **WHAT ARE "COSTS"?**
   If the plaintiff prevails, or if both sides settle the claim, the plaintiff may recover from the defendant as "costs" the court filing fee and postage. By court order the plaintiff may sometimes recover certain other costs of bringing the claim.
7. **IS THE DEFENDANT REQUIRED TO FILE AN ANSWER?**
   The defendant may send a signed letter to the court, saying clearly and simply why the plaintiff should not prevail. This "answer" should state those specific parts of the claim that are denied. However, the defendant is not required to file an answer. The defendant must send the plaintiff a copy of the answer, if one is filed. In the answer, or in a separate letter sent to the court, the defendant may set forth in writing any claim against the plaintiff within the jurisdiction of the small claims court. Both claims will be treated as one case if the defendant mails a copy of his or her claim to the plaintiff at least ten days before the scheduled trial date, or if the magistrate orders that they be so treated. Such claims are not compulsory. The plaintiff need not file a written answer to the defendant's claim.
8. **WHAT IF THE DEFENDANT ADMITS HE OWES ALL THE MONEY?**
   He or she should contact the plaintiff and arrange to make payment. If payment is not made before the trial date, both the plaintiff and the defendant must appear in court.
9. **WHAT IF THE DEFENDANT ADMITS HE OWES THE MONEY BUT NEEDS TIME TO PAY?**
   He or she must appear in court on the trial date and give his or her reasons for requesting time to pay.
10. **WHAT IF THE DEFENDANT BELIEVES HE OWES NOTHING, OR ONLY SOME OF THE MONEY CLAIMED?**
    He or she must appear in court on the trial date. He or she will be able to question how the plaintiff arrived at the amount claimed.
11. **WHAT IF THE DEFENDANT BELIEVES THE PLAINTIFF OWES HIM MONEY?**
    The defendant should indicate in his or her answer, or tell the court, that the plaintiff owes him or her money. The plaintiff's original claim and the defendant's claim against the plaintiff (called a "counterclaim") may be treated as one case and tried on the date the original claim was scheduled. If the defendant files a written counterclaim, the defendant must send the plaintiff a copy.
12. **WHEN AND WHERE DO THE PLAINTIFF AND THE DEFENDANT HAVE TO GO TO COURT?**
    Unless the plaintiff and defendant settle this case before the trial date, both sides must appear in court on the date the case is scheduled for trial. The date, time and the court location to which both sides must report are shown on the "Notice of Small Claim Trial" form.
13. **WHAT IF I CANNOT COME TO COURT ON THE TRIAL DATE?**
    You should call or write the person on the opposing side and ask him or her to agree to postpone ("continue") the case. Continuances should be only for a good reason, such as illness, an emergency, or the unavailability of a witness. If both sides agree, or if the opposing side does not agree, or if you are unable to reach the person on the opposing side, you must write the Clerk-Magistrate of the court to ask that the court give you a continuance. Do not wait until the last minute. If the other side makes a reasonable request for a continuance, it may save you some inconvenience if you agree to the request.
14. **WHAT IF I DO NOT COME TO COURT ON THE TRIAL DAY?**
    If the plaintiff does not appear for trial and the defendant does appear, the case will be dismissed. If both the plaintiff and the defendant do not appear for trial the claim will also be dismissed. If the defendant does not appear for trial, and the plaintiff does appear, the court can enter a default judgment and order the defendant to pay the amount claimed. The magistrate may ask the plaintiff to present some evidence of the claim, even if the defendant is not present.
15. **HOW SHOULD I PREPARE FOR TRIAL?**
    It may be helpful to write down ahead of time the facts of the case in the order in which they occurred. This will help you organize your thoughts and make a clear presentation of your story. On the trial date, you must bring with you any witnesses, checks, bills, papers, photographs or letters that will help you prove your case. If you need a witness to come to court but the witness will not come, ask the clerk magistrate's office for a witness summons which you must then arrange to have an officer deliver to the witness. You may need an expert witness to prove any matter not within common experience. The laws governing small claims are the same as those for major lawsuits, except that simplified procedures are used. The plaintiff must **prove** that the claim is one which the law recognizes and that the defendant is liable, or the magistrate will enter a decision for the defendant.
16. **WHAT WILL HAPPEN ON THE DAY OF TRIAL?**
    Be sure to arrive on time. If your case is not resolved by a mediator, a trial will be held before a magistrate. The plaintiff will be asked to tell his or her side of the story, then the defendant will tell his or her side. Each will have an opportunity to ask questions of the other side and the other side's witnesses. To prevail, the law requires the plaintiff to prove the validity of his or her claim.
17. **WHAT WILL THE MAGISTRATE DO?**
    The magistrate will make a decision. Notice of the decision (called a "judgment") will be given or sent to each side.
18. **CAN I APPEAL THE JUDGMENT?**
    By bringing his or her claim in small claims court, the plaintiff (and the defendant on any counterclaim) gives up any right (1) to have the claim decided by a jury and (2) to appeal if he or she loses. If the defendant loses the case (or the plaintiff loses on any counterclaim) before the magistrate, he or she can appeal for a new trial by a judge or a jury on any disputed questions of fact, but he or she must post a bond, unless waived.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only. ➔ 2202SC07 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

**PART 1**
☑ BOSTON MUNICIPAL COURT  ☐ DISTRICT COURT _____ Division  ☐ HOUSING COURT _____ Division

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Frances Hines- Pro-Se
23 Westminster Avenue
Roxbury, MA 02119
PHONE NO: 617-427-9988

PLAINTIFF'S ATTORNEY (if any)
Name:
Address:
PHONE NO:   BBO NO:

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
Spirit Airline Inc.
Registered Agent Corporation
Cooperation Service Company
Spirit Airline Inc.
84 State Street
Boston MA 02109
PHONE NO:

ADDITIONAL DEFENDANT (if any)
Name:
Address:
PHONE NO:

**PART 4**
PLAINTIFF'S CLAIM. The defendant owes $ 7000.00 plus $ _____ court costs for the following reasons:
Give the date of the event that is the basis of your claim.

I Frances Hines believed I was discriminated on September 14, 2018 by Spirit Airline Inc., employees in Atlanta GA on the basis of disability and harassment. I was treated worse than other fellow passenger in a Public Place. I was demanded to have my baggage recheck and get out of line. I had already gone through TSA Security, and I had a Pre-boarding pass. I was escorted in a wheelchair upstairs because I am disable. I was escorted to the second floor, Also in the passenger special line. I walk with a noticeable limb. I was humilated by Spirit Airline employees and embarass. I told I had to pay for an already checked bag. I suffer emotional Stress, I had to seek Medical attention, due to my elevated blood pressure. When I arrived at Boston Logan International Airport in Boston, I asked at "Spirit" front desk to file a complaint pertaining to the unfortunate experience at Atlanta, GA incident. I was Ignore.

August 21, 2020, I filed a claim in Superior Court, Civil Action in Boston.

I am filing in Roxbury Municipal Court, Boston. For Breach of Contract, Discrimination, Due Process Violated and Violation, Civil Right, Emotional Stress.

SIGNATURE OF PLAINTIFF x Frances Hines     DATE

**PART 5**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

x _____ SIGNATURE OF PLAINTIFF   DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
COMMONWEALTH OF MASSACHUSETTS
BOSTON MUNICIPAL COURT- ROXBURY DIVISION
OFFICE OF THE CLERK MAGISTRATE
85 WARREN ST.
ROXBURY, MASSACHUSETTS 02119

DATE AND TIME OF TRIAL
4/15/22 AT 9:00 AM
DATE   TIME
ROOM NO.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE Weingarten   CLERK-MAGISTRATE OR DESIGNEE Neighbors

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLES, OBTENGA UNA TRADUCCION.

## INSTRUCTIONS TO THE PLAINTIFF AND THE DEFENDANT

1. **WHAT IS A SMALL CLAIM?**
   The small claims court is designed to resolve smaller money claims, making it easier and less expensive for the public to use the court. The plaintiff named on the front of this form has brought a small claim against the defendant for the amount and reasons stated. Both sides must appear in court on the trial date and time shown on the front of this form unless the plaintiff and defendant settle this case before then.

2. **HOW IS THE DEFENDANT NOTIFIED OF THIS CLAIM?**
   The defendant is sent a copy of this "Statement of Small Claim and Notice of Trial" by first class mail. General Laws c. 223A, § 6 usually requires that out-of-state defendants be sent their notice by certified mail with a return receipt. If the plaintiff inquires, the court will inform the plaintiff if the Postal Service has been unable to notify ("serve") the defendant.

3. **ARE ATTORNEYS NEEDED IN SMALL CLAIMS COURT?**
   No, but you may hire one if you wish.

4. **WHAT ARE "COSTS?"**
   If the plaintiff prevails, or if both sides settle the claim, the plaintiff may also recover from the defendant as "costs" the court filing fee and postage.

5. **IS THE DEFENDANT REQUIRED TO FILE AN ANSWER?**
   The defendant is not required to file a written answer to the plaintiff's claim. However, the defendant may send a signed letter to the court, with a copy to the plaintiff, saying clearly and simply why the plaintiff should not prevail.

6. **WHAT IF THE DEFENDANT BELIEVES THE PLAINTIFF OWES HIM OR HER MONEY?**
   In his or her answer or in a separate letter to the court, or on the trial date, the defendant may set forth in writing, with a copy to the plaintiff, any money claim against the plaintiff that is within the jurisdiction of the small claims court (a "counterclaim"). Both claims will be treated as one case and tried together if the defendant mails a copy of the counterclaim to the plaintiff at least ten days before the scheduled trial date, or if the magistrate orders that they be so treated. Such counterclaims are not compulsory.

7. **WHAT IF THE DEFENDANT ADMITS OWING ALL THE MONEY?**
   The defendant should contact the plaintiff and arrange to make payment. If payment is not made before the trial date, both the plaintiff and defendant must appear in court or file with the court the official "Agreement for Judgment and for Payment Order" form. That form lists income sources that are exempt from any payment order.

8. **WHAT IF THE DEFENDANT ADMITS OWING THE MONEY BUT NEEDS TIME TO PAY?**
   If the plaintiff and defendant agree on a proposed payment schedule, they must file with the court the official "Agreement for Judgment and for Payment Order" form. If this is not done before the trial date, both the plaintiff and defendant must appear in court on that date. The defendant must complete a "Financial Statement" form and give his or her reasons for requesting time to pay.

9. **WHAT IF THE DEFENDANT BELIEVES HE OR SHE OWES NOTHING, OR ONLY SOME OF THE MONEY CLAIMED?**
   The defendant must appear in court on the trial date and will be able to question whether he or she owes money and, if so, how much.

10. **WHAT IF I CANNOT COME TO COURT ON THE TRIAL DATE?**
    Call or write the person on the opposing side and ask him or her to agree to postpone ("continue") the case. Continuances should be only for a good reason, such as illness, an emergency, or the unavailability of a witness. You must write the Clerk-Magistrate of the court to ask that the court give you a continuance, whether or not you are able to reach the person on the opposing side, and whether both sides agree to a continuance or not. Do not wait until the last minute. If the other side makes a reasonable request for a continuance, it may save you some inconvenience if you agree to the request.

11. **WHAT IF I DO NOT COME TO COURT ON THE TRIAL DAY?**
    If the defendant does not appear for trial and the plaintiff does appear, the court may enter a default judgment and order the defendant to pay the amount claimed. The magistrate may ask the plaintiff to present some evidence of the claim, even if the defendant is not present. If the plaintiff does not appear for trial and the defendant does appear, the court will enter a judgment for the defendant. If both the plaintiff and the defendant do not appear for trial, the claim will be dismissed.

12. **HOW SHOULD I PREPARE FOR TRIAL?**
    It may be helpful to write down ahead of time the facts of the case in the order in which they occurred. This will help you organize your thoughts and make a clear presentation of your story. On the trial date, you must bring with you any witnesses, checks, bills, papers, photographs or letters that will help you prove your case. If you need a witness to come to court but the witness will not come, ask the Clerk-Magistrate's office for a witness summons which you must then arrange to have an officer deliver to the witness. You may need an expert witness to prove any matter not within common experience. The plaintiff must prove that the claim is one that the law recognizes and that the defendant is liable, or the magistrate will enter a decision for the defendant.

13. **WHAT WILL HAPPEN ON THE DAY OF THE TRIAL?**
    Be sure to arrive on time. If your case is not resolved by a mediator, a trial will be held before a magistrate. The plaintiff will be asked to tell his or her side of the story, then the defendant will tell his or her side. Each will have an opportunity to ask questions of the other side and the other side's witnesses. To prevail, the law requires the plaintiff to prove the validity of his or her claim.

14. **WHAT WILL THE MAGISTRATE DO?**
    The magistrate will make a decision. Notice of the decision (called a "judgment") will be given or sent to each side.

15. **CAN I APPEAL THE MAGISTRATE'S DECISION?**
    By bringing a claim in small claims court, the plaintiff (and the defendant as to any counterclaim) gives up the right to have the claim decided by a jury and to appeal if he or she loses. If the defendant loses (or the plaintiff loses on any counterclaim) before the magistrate, he or she can appeal for a new trial by a judge or a jury of any disputed questions of fact, but must post a bond, unless that requirement is waived.

(Rev. 10/09)