

Frances HINES <franceshines728@gmail.com>

FILED
IN CLERKS OFFICE

# Fwd: Spirit Airlines law suit back to Boston M.C
3 messages

2022 APR 19 PM 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Frances Hines** <franceshines22@yahoo.com>                                         Tue, Apr 12, 2022 at 5:12 PM
To: franceshines728@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Frances Hines <franceshines22@yahoo.com>
> **Date:** April 7, 2022 at 6:47:07 PM EDT
> **To:** "Francis J. Bingham" <fbingham@littler.com>
> **Subject: Fwd: Spirit Airlines law suit back to Boston M.C**
>
> Hello, Mr. Bingham,
> I disagree with your motion to dismiss. The Superior Court denied Spirit motion to dismiss. I remove the case from Superior Court because it was under $50,000. I filing a motion to have case sent back to Boston District Court.  The Federal does not have jurisdiction,  it is under $100.000. Therefore it is Mass Law.
> Best,
> Frances Hines
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "Bingham, Francis J." <FBingham@littler.com>
> > **Date:** April 6, 2022 at 2:04:27 PM EDT
> > **To:** Frances Hines <franceshines22@yahoo.com>
> > **Cc:** "Gorman, Melissa J." <MGorman@littler.com>
> > **Subject: Spirit Airlines lawsuit**
> >
> > Dear Ms. Hines,
> >
> > As you know, we removed your lawsuit from Massachusetts District Court to the federal court. We intend to move to dismiss your complaint in its entirety based on the fact that the Air Carrier Access Act governs your claims against Spirit, and there is no right for you to pursue your claims in court under that statute.
> >
> > Please let me know if you will agree to dismiss the case before we file our motion.
> >
> > Regards,
> >
> > **Francis Bingham**
> > Attorney at Law